IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KARTIKA PARAMITA,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13542

Judge Elaine E. Bucklo

Magistrate Judge M. David Weisman

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Linzhiyongart |
| 4 | mengping |
| 38 | Family Poster For Home |
| 39 | OMOM YZ |
| 45 | Wall Art Decoration Headquarters |
| 47 | Canvas Art st Branch |
| 48 | the little painter |
| 49 | Draw a small hallway |
| 52 | Painting decoration shop |
| 53 | The Painting Shop |
| 58 | New Trend Poster YZ |
| 62 | WXH WALL ART |
| 73 | LYY ArtVista |
| 78 | Casen Wall Art |
| 83 | LIX ArtVista |
| 125 | DreamDr |
| 130 | CanvasEra |
| 134 | Family Decor Art |

DATED:  January 6, 2026                    Respectfully submitted,

<div style="margin-left:40%">

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt