**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kartika Paramita

Plaintiff,

v.

Case No.: 1:25−cv−13542
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff failed to file a status report required by minute entry no. [54]. Status hearing is reset for 9/29/2026 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 9/22/2026, including as to remaining non−dismissed defendant. The court will enter an order in response to the status report. Plaintiff's agreed motion for entry of consent judgment [55] is granted. Enter Consent Judgment. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.