**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KARTIKA PARAMITA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-13542

**Judge Elaine E. Bucklo**

**Magistrate Judge M. David Weisman**

# CORRECTED CONSENT JUDGMENT

This action having been commenced by Plaintiff KARTIKA PARAMITA ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 9 | Kind De Poster Decorations | 634418224360018 |
| 10 | Interesting Decorative Painting Poster | 634418220220834 |
| 11 | LYJ POSTER | 634418223984076 |
| 12 | Warm Holiday Paintings | 634418224359743 |
| 14 | CYM Home Decoration | 634418223985751 |
| 15 | Art Deco Poster Print | 634418220221178 |
| 20 | Artful Decor Vision | 634418219329799 |
| 29 | Canvas Classics | 634418219509905 |
| 57 | A smiling oil painting shop | 634418221306489 |
| 66 | LF poster | 634418220706269 |
| 67 | Beautiful life in dream | 634418217947589 |
| 68 | Top selling oil painting | 634418219984181 |
| 69 | The House of Poster Art | 634418218619575 |
| 70 | PosterCraft | 634418221468367 |
| 71 | super oil painting | 634418219480223 |

| | | |
|---|---|---|
| 72 | XIAOSEVE Canvas Aesthetic | 634418221488127 |
| 75 | A big oil painting shop | 634418220472756 |
| 77 | Nebula Brushworks | 634418218863050 |
| 89 | Wall Painting Art | 634418219706132 |
| 94 | Yang Huai Cong poster | 634418220875808 |
| 96 | Canvas Classic Art | 634418219679848 |
| 101 | Good merchant F | 634418220147177 |
| 104 | Decorative Painting Suna | 634418220799461 |
| 105 | HJS a pleasant dream | 634418220458804 |
| 109 | Three posters | 634418219618432 |
| 115 | Decorative Painting Sun | 634418220779291 |
| 118 | posters ONE | 634418219371824 |
| 126 | Art Design Decorative Mural | 634418221979147 |
| 127 | Happyposter | 634418216376999 |
| 128 | Design and Display | 634418221982557 |
| 132 | OK poster | 634418219722020 |
| 135 | poster draw | 634418219477951 |
| 137 | one two poster | 634418219327028 |
| 138 | Decorative painting guy | 634418219571490 |
| 139 | Pacifism poster design | 634418221250163 |
| 141 | The Birth of Art | 634418220692385 |
| 143 | Decorative painting Sunb | 634418220799773 |
| 154 | Alina Home Decor | 634418221476303 |
| 156 | Luxe Fine Art | 634418219068890 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Kartika Paramita Works

listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Kartika Paramita Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Kartika Paramita product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Kartika Paramita Works;

   c. committing any acts calculated to cause consumers to believe that Defendants' Infringing Kartika Paramita Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the Kartika Paramita Works and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Kartika Paramita Works.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff twenty-nine thousand two hundred fifty dollars ($29,250) in damages (the "Damage Amount").

3. Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: September 9th, 2026

Elaine E. Bucklo
Elaine E. Bucklo
United States District Judge