**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KARTIKA PARAMITA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-13542<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's October 19, 2026 Minute Entry [64], Plaintiff, Kartika Paramita ("Plaintiff"), submits this status report. Plaintiff sent a draft joint status report to counsel for Defendant Nos. 9 Kind De Poster Decorations et al.[1] (collectively, the "Defendants") on October 23, 2026, but has not heard from Defendants' counsel prior to filing.

The Court has entered a Consent Judgment, since corrected, against every Defendant except one. [58]; [62]. Defendant No. 149 Art that touches the heart ("Defendant No. 149") settled with Plaintiff on the same terms as the other Defendants and is the remaining non-dismissed defendant referenced in Minute Entries [57] and [64].

[1] "Defendants" include Defendant Nos. 9 Kind De Poster Decorations, 10 Interesting Decorative Painting Poster, 11 LYJ POSTER, 12 Warm Holiday Paintings, 14 CYM Home Decoration, 15 Art Deco Poster Print, 20 Artful Decor Vision, 29 Canvas Classics, 57 A smiling oil painting shop, 66 LF poster, 67 Beautiful life in dream, 68 Top selling oil painting, 69 The House of Poster Art, 70 PosterCraft, 71 super oil painting, 72 XIAOSEVE Canvas Aesthetic, 75 A big oil painting shop, 77 Nebula Brushworks, 89 Wall Painting Art, 94 Yang Huai Cong poster, 96 Canvas Classic Art, 101 Good merchant F, 104 Decorative Painting Suna, 105 HJS a pleasant dream, 109 Three posters, 115 Decorative Painting Sun, 118 posters ONE, 126 Art Design Decorative Mural, 127 Happyposter, 128 Design and Display, 132 OK poster, 135 poster draw, 137 one two poster, 138 Decorative painting guy, 139 Pacifism poster design, 141 The Birth of Art, 143 Decorative painting Sunb, 149 Art that touches the heart, 154 Alina Home Decor, and 156 Luxe Fine Art.

Plaintiff sent Defendants' counsel a separate settlement agreement for Defendant No. 149 on September 1, 2026. As with the other Defendants, that agreement provides for entry of a consent judgment. Plaintiff's counsel followed up in writing twice on September 22, 2026, and again on October 23, 2026. Defendants' counsel has not returned the executed agreement or responded to any of those requests. Once the agreement is executed, Plaintiff will file an Agreed Motion for Entry of Consent Judgment as to Defendant No. 149.

Plaintiff therefore respectfully requests that the Court set a deadline of November 13, 2026, for Plaintiff to file either a further status report or the Agreed Motion for Entry of Consent Judgment as to Defendant No. 149.

DATED: October 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 23, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt