**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KARTIKA PARAMITA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-13542<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge M. David Weisman |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Kartika Paramita ("Plaintiff"), with the agreement and consent of Defendant No. 149 Art that touches the heart (the "Defendant"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as **Exhibit A**. In support, Plaintiff states as follows:

Defendant settled with Plaintiff on the same terms as the defendants against whom the Court has already entered a Consent Judgment, but was inadvertently omitted from that judgment. [58]; [62]. The Parties' separate settlement agreement, fully executed on November 16, 2026, resolves Plaintiff's claims against Defendant. Under that agreement, Defendant agreed to pay Plaintiff seven hundred fifty dollars ($750) (the "Settlement Amount") and consented to Plaintiff immediately moving for entry of the agreed consent judgment. Consistent with the Parties' agreement, and with Defendant's consent, Plaintiff moves for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendant consents to entry of the

proposed Consent Judgment and does not oppose the relief requested. Once the Consent Judgment is entered, no defendants will remain, and this action may be closed.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendant.

DATED: November 16, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 16, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt