AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:25-cv-13542 | DATE FILED<br>11/5/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kartika Paramita | The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | C. Kellens | 11/18/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-808**
**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Flatlay Food In The Table

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 18, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** KP2025051604



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-810**
**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Green Fruit And Vegetables Beige

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 28, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** KP2025051605



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-809**

**Effective Date of Registration:**
May 20, 2025

**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Harum

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-806**
**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Colorful Grid

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 23, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** KP2025051601



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-805**
**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Donut Worry Be Happy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 25, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** KP2025051603


DONUT
WORRY
be happy

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-807**
**Effective Date of Registration:**
May 20, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Don't Be Afraid To Change

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 25, 2023
**Nation of 1st Publication:** Indonesia

## Author

- **Author:** Kartika Paramita
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Kartika Paramita
Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama, Jakarta, 12240, Indonesia

## Rights and Permissions

**Name:** Kartika Paramita
**Email:** kartikaparamitastudio@gmail.com
**Address:** Komp Kostrad RT/RW 014/007, Kebayoran Lama Selatan, Kebayoran Lama Jakarta 12240 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number**: KP2025051602


DON'T BE AFRAID
TO CHANGE

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kartika Paramita

Plaintiff,

v.

Case No.: 1:25−cv−13542
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the joint status report. Agreed motion for entry of consent judgment [67] as to a Defendant No. 149 Art that touches the heart is granted. Enter Consent Judgment Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KARTIKA PARAMITA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-13542

**Judge Elaine E. Bucklo**

**Magistrate Judge M. David Weisman**

**CONSENT JUDGMENT**

This action having been commenced by Plaintiff KARTIKA PARAMITA ("Plaintiff") against the following Defendant ("Defendant") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 149 | Art that touches the heart | 634418220078404 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendant since Defendant directly targets its business activities towards consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois, accepting payment in U.S. dollars, and using unauthorized copies of the Kartika Paramita Works listed in Exhibit 1 to the Complaint in connection with those sales. Defendant has further expressly consented to the personal jurisdiction and venue of this Court by written agreement.

THIS COURT FURTHER FINDS that Defendant is liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Kartika Paramita Works in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Kartika Paramita product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Kartika Paramita Works;

   c. committing any acts calculated to cause consumers to believe that Defendant's Infringing Kartika Paramita Works are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the Kartika Paramita Works and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Kartika Paramita Works.

2. Pursuant to the Parties' settlement agreement, Defendant shall pay Plaintiff seven hundred

fifty dollars ($750) in damages (the "Damage Amount").

3. Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendant's account to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: November 17, 2026

Elaine E. Bucklo
United States District Judge